UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ADRIAN L. ANGERON | DOCKET NO. 6:22-cv-06009<br>SECTION P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WARDEN | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 15th day of February, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE